| | |
|---|---|
| 1 | Rosemary Dady, SBN 190174<br>The Hawkins Center |
| 2 | 101 Broadway, Suite 1<br>Richmond, California 94804 |
| 3 | (510) 620-1144 (phone)<br>(510) 232-2271 (fax) |
| 4 | |
| 5 | Attorney for Plaintiff |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| SHIRLEY J. COOPER, | ) | |
| Plaintiff, | ) ) | |
| | ) | CIVIL NO. 05-03463 JSW |
| v. | ) ) | **STIPULATION AND ORDER TO** |
| JO ANNE B. BARNHART, | ) | **EXTEND TIME FOR PLAINTIFF** |
| Commissioner of Social Security, | ) | **TO FILE MOTION FOR SUMMARY** |
| Defendant. | ) | **JUDGMENT** |
| | ) ) ) | |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, pursuant to Civil L.R. 7-12, and subject to the approval of the Court, that plaintiff may have an extension of 30 days in which to file her Motion for Summary Judgment.[1] Plaintiff's Motion for Summary Judgment is now due on May 14, 2006.

//
//
//
//
//
//
//
//

---

1. See attached Declaration of Rosemary Dady on behalf of Shirley J. Cooper.

1  This is Plaintiff's first request for an extension.

2

3

4

5  Dated: May 5, 2006                    /S/
6                                         ROSEMARY DADY
                                          Attorney for Plaintiff
7

8

9

10 Dated: May 8, 2006                    /S/
                                          SARA WINSLOW
11                                        Assistant United States Attorney

12

13 PURSUANT TO STIPULATION, IT IS SO ORDERED:

14

15

16

17 Dated: May 11, 2006                   /s/ Jeffrey S. White
                                          JEFFREY S. WHITE
18                                        United States District Judge

19

20

21

22

23

24

25

26

27

28