1  Rosemary Dady, SBN 190174
   The Hawkins Center
2  101 Broadway, Suite 1
   Richmond, California 94804
3  (510) 620-1144 (phone)
   (510) 232-2271 (fax)
4
   Attorney for Plaintiff
5

6
7                    **UNITED STATES DISTRICT COURT**
8                    **NORTHERN DISTRICT OF CALIFORNIA**
9                         **SAN FRANCISCO DIVISION**

10  SHIRLEY J. COOPER,                    )
                                          )
11                Plaintiff,               )
                                          )     CIVIL NO. 05-03463 JSW
12        v.                              )
                                          )     **AMENDED STIPULATION AND ORDER**
13  JO ANNE B. BARNHART,                  )     **TO EXTEND TIME FOR PLAINTIFF**
    Commissioner of Social Security,      )     **TO FILE MOTION FOR SUMMARY**
14                Defendant.              )     **JUDGMENT**
                                          )
15                                        )
                                          )
16  _____

17  IT IS HEREBY STIPULATED by and between the undersigned attorneys, pursuant to Civil L.R.
18  7-12, and subject to the approval of the Court, that plaintiff may have an extension of 30 days in
19  which to file her Motion for Summary Judgment.[1]  Plaintiff's Motion for Summary Judgment is
20  now due on June 14, 2006.
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28  //

---

1. See attached Declaration of Rosemary Dady on behalf of Shirley J. Cooper.

1  This is Plaintiff's first request for an extension.

5  Dated: June 5, 2006           /S/
6                                 ROSEMARY DADY
                                  Attorney for Plaintiff

10 Dated: June 6, 2006           /S/
                                  SARA WINSLOW
11                                Assistant United States Attorney

13 PURSUANT TO STIPULATION, IT IS SO ORDERED:

17 Dated: June 14, 2006          _____
                                  JEFFREY S. WHITE
18                                United States District Judge