IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHIRLEY J. COOPER,

    Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

    Defendant.

No. C 05-03463 JSW

**JUDGMENT**

IT IS HEREBY ADJUDICATED that the agency's final decision is reversed and remanded pursuant to 42 U.S.C. § 405(g). The Commissioner of Social Security shall assume jurisdiction to conduct further proceedings as set forth in this Court's Order granting Plaintiff's motion for summary judgment requesting remand and denying Defendant's cross-motion for summary judgment, and as necessary properly to complete the original administrative proceedings. This constitutes a final judgment under Federal Rule of Civil Procedure 58.

**IT IS SO ORDERED.**

Dated: March 1, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE