|  |  |
|---|---|
| 1 | SCOTT N. SCHOOLS, SBN SC 9990<br>United States Attorney |
| 2 | LUCILLE GONZALES MEIS, SBN CO 15153<br>Regional Chief Counsel, Region IX |
| 3 | Social Security Administration<br>SARAH RYAN, State Bar of Texas 17479500 |
| 4 | Special Assistant United States Attorney |
| 5 | 333 Market Street, Suite 1500 |
| 6 | San Francisco, California 94105<br>Telephone: (415) 977-8943 |
| 7 | Facsimile: (415) 744-0134<br>E-Mail: sarah.ryan@ssa.gov |
| 8 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| SHIRLEY J. COOPER, | ) | |
|---|---|---|
| Plaintiff, | ) | CIVIL NO. C 05-3463 JSW |
| v. | ) | STIPULATION AND ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (28 U.S.C. § 2412(d)) AND COSTS (28 U.S.C. § 1920) |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the Equal Access to Justice Act in the amount of FOUR THOUSAND AND NO CENTS ($4,000.00) and costs of court. This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action for services performed before the district court in accordance with 28 U.S.C. §§ 1920 and 2412(d).

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment in the aforementioned sum under EAJA shall constitute a complete release from and bar to any and all claims, rights, causes of action, liens or subrogated interests relating to attorneys fees and costs incurred

in this action under EAJA.

The settlement of Plaintiff's claim for EAJA attorney fees does not preclude Plaintiff's counsel from seeking attorney fees under 42 U.S.C. § 406(b) of the Social Security Act, subject to the offset provisions of the law.

Respectfully submitted,

Dated: May 2, 2007

/s/ Rosemary Dady
*(As authorized via facsimile/e-mail/telephone)*
ROSEMARY DADY
Attorney for Plaintiff

Dated: May 1, 2007

SCOTT N. SCHOOLS
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ Sarah Ryan
SARAH RYAN
Special Assistant United States Attorney

Attorneys for Defendant
United States Social Security Administration

IT IS SO ORDERED:

Dated: May 3, 2007

THE HONORABLE JEFFREY S. WHITE
United States District Judge